IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| TANESHA NIXON, | ) | Case No.: 15-19413 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: BARNES |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: barcall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.


Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

    JUDGE:    BARNES
    ROOM:    744
    DATE:    June 1, 2017
    TIME:    10:00 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: <u>May 11, 2017</u>      /s/ Michael R. Colter, II
                                                            Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Tanesha Nixon
362 Crandon Ave., Apt., 2
Calumet City, IL 60409

Department Of Education
P.O. Box 740351
Atlanta, GA 30374

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101

Nicor Gas
P.O. Box 549
Aurora, IL 60507

City of Chicago Department of Revenue
c/o Arnold Scott Harris PC
111 W. Jackson Blvd., Ste., 600
Chicago, IL 60604

Commonwealth Edison
Legal Revenue Recovery/Claims Dept.
3 Lincoln Center
Oakbrook Terrace, IL 60181

Educational Credit Management Corp.
Lockbox 8682
P.O. Box 16478
St Paul, MN 55116

Illinois Dept. Employment Security
Attn: Bankruptcy Dept.
P.O. Box 4385
Chicago, IL 60680

Illinois Tollway
Attn: Legal Dept.
2700 Ogden Ave.
Downers Grove, IL 60515

Sprint Corp
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155

Bank of America NA
800 Market St.
MO1-800-06-14
St Louis, MO 63101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| TANESHA NIXON, | ) | Case No.: 15-19413 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: BARNES |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the Debtor, TANESHA NIXON, by and through her attorneys, DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) On June 3, 2015, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC and Marilyn O. Marshall was appointed Trustee in the case.

3) The confirmed plan provides for monthly payments of $275.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor received a refund of $5,952.00, for tax year 2015; and, Debtor received a refund of $4,240.00, for tax year 2016. The total refund for these two years is $10,192.00.

5) Debtor incurred expenses moving to a safer part of Cook County. Debtor paid a total of $2,330.00, as a security deposit to Kelly Ratcliff which includes the $1,000.00, deposit to reserve the unit (Exhibit A).

6) Debtor also paid $2,800.00, to purchase a used car (Exhibit B).

7) Debtor's total expenses for these extraordinary expenses are $5,130.00.

8) Debtor proposes to defer the default of $5,062.00 caused by not turning over the refunds to the trustee for tax years 2015 and 2016.

9) Debtor also proposes to defer the default in plan payments of $612.22, to the end of the plan.

10) Deferring the default will not cause the confirmed Chapter 13 plan to run longer than 60 months.

WHEREFORE, the Debtor, TANESHA NIXON, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

# EXHIBIT A

Case 15-19413 Doc 23 Filed 05/10/17 Entered 05/10/17 17:36:39 Desc Main
Document Page 5 of 13

COPY

| Form 1040A | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return** (99) | 2015 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|

| Your first name and initial | Last name | OMB No. 1545-0074 |
|---|---|---|
| TANESHA S | NIXON | **Your social security number** ■■■ ■■ ■■■■ |
| If a joint return, spouse's first name and initial | Last name | **Spouse's social security number** |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.
12005 S JUSTINE    BSMT

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
CHICAGO IL 60643

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing status**
Check only one box.
1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a.
b ☐ **Spouse**

Boxes checked on 6a and 6b    **1**

c **Dependents:**

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| AHMAD C  NIXON | ■■■■■■■■■ | Son | ☒ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than six dependents, see instructions.

No. of children on 6c who:
• lived with you    **1**
• did not live with you due to divorce or separation (see instructions) ____
Dependents on 6c not entered above ____
Add numbers on lines above ▶ **2**

d Total number of exemptions claimed.

**Income**

Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2. | 7 | 36,357. |
|---|---|---|---|
| 8a | **Taxable** interest. Attach Schedule B if required. | 8a |  |
| b | **Tax-exempt** interest. **Do not** include on line 8a. | 8b |  |
| 9a | Ordinary dividends. Attach Schedule B if required. | 9a |  |
| b | Qualified dividends (see instructions). | 9b |  |
| 10 | Capital gain distributions (see instructions). | 10 |  |
| 11a | IRA distributions.    11a | 11b Taxable amount (see instructions). | 11b |  |
| 12a | Pensions and annuities.    12a | 12b Taxable amount (see instructions). | 12b |  |
| 13 | Unemployment compensation and Alaska Permanent Fund dividends. | 13 |  |
| 14a | Social security benefits.    14a | 14b Taxable amount (see instructions). | 14b |  |
| 15 | Add lines 7 through 14b (far right column). This is your **total income.** ▶ | 15 | 36,357. |

**Adjusted gross income**

| 16 | Educator expenses (see instructions). | 16 |  |
|---|---|---|---|
| 17 | IRA deduction (see instructions). | 17 |  |
| 18 | Student loan interest deduction (see instructions). | 18 |  |
| 19 | Tuition and fees. Attach Form 8917. | 19 |  |
| 20 | Add lines 16 through 19. These are your **total adjustments.** | 20 |  |
| 21 | Subtract line 20 from line 15. This is your **adjusted gross income.** ▶ | 21 | 36,357. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040A** (2015)
BAA    REV 07/11/16 Intuit.cg.cfp.sp

| | | | | | |
|---|---|---|---|---|---|
| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income). | | 22 | 36,357. |
| | 23a | Check if: ☐ You were born before January 2, 1951, ☐ Blind / ☐ Spouse was born before January 2, 1951, ☐ Blind } Total boxes checked ▶ 23a | | | |
| | b | If you are married filing separately and your spouse itemizes deductions, check here ▶ 23b ☐ | | | |
| **Standard Deduction for—** • People who check any box on line 23a or 23b **or** who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,300 Married filing jointly or Qualifying widow(er), $12,600 Head of household, $9,250 | 24 | Enter your **standard deduction**. | | 24 | 9,250. |
| | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | | 25 | 27,107. |
| | 26 | **Exemptions.** Multiply $4,000 by the number on line 6d. | | 26 | 8,000. |
| | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income.** ▶ | | 27 | 19,107. |
| | 28 | **Tax,** including any alternative minimum tax (see instructions). | 28 | 2,211. | |
| | 29 | Excess advance premium tax credit repayment. Attach Form 8962. | 29 | | |
| | 30 | Add lines 28 and 29. | | 30 | 2,211. |
| | 31 | Credit for child and dependent care expenses. Attach Form 2441. | 31 | 720. | |
| | 32 | Credit for the elderly or the disabled. Attach Schedule R. | 32 | | |
| | 33 | Education credits from Form 8863, line 19. | 33 | 1,491. | |
| | 34 | Retirement savings contributions credit. Attach Form 8880. | 34 | | |
| | 35 | Child tax credit. Attach Schedule 8812, if required. | 35 | 0. | |
| | 36 | Add lines 31 through 35. These are your **total credits.** | | 36 | 2,211. |
| | 37 | Subtract line 36 from line 30. If line 36 is more than line 30, enter -0-. | | 37 | 0. |
| | 38 | Health care: individual responsibility (see instructions). Full-year coverage ☒ | | 38 | |
| | 39 | Add line 37 and line 38. This is your **total tax.** | | 39 | 0. |
| | 40 | Federal income tax withheld from Forms W-2 and 1099. | 40 | 2,251. | |
| If you have a qualifying child, attach Schedule EIC. | 41 | 2015 estimated tax payments and amount applied from 2014 return. | 41 | | |
| | 42a | **Earned income credit (EIC).** | 42a | 1,701. | |
| | b | Nontaxable combat pay election. 42b | | | |
| | 43 | Additional child tax credit. Attach Schedule 8812. | 43 | 1,000. | |
| | 44 | American opportunity credit from Form 8863, line 8. | 44 | 1,000. | |
| | 45 | Net premium tax credit. Attach Form 8962. | 45 | | |
| | 46 | Add lines 40, 41, 42a, 43, 44, and 45. These are your **total payments.** ▶ | | 46 | 5,952. |
| **Refund** Direct deposit? See instructions and fill in 48b, 48c, and 48d or Form 8888. | 47 | If line 46 is more than line 39, subtract line 39 from line 46. This is the amount you **overpaid.** | | 47 | 5,952. |
| | 48a | Amount of line 47 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ 48a | | | 5,952. |
| | ▶ b | Routing number ▓▓▓▓▓▓▓ ▶ c Type: ☒ Checking ☐ Savings | | | |
| | ▶ d | Account number ▓▓▓▓▓▓▓ | | | |
| | 49 | Amount of line 47 you want **applied to your 2016 estimated tax.** | 49 | | |
| **Amount you owe** | 50 | **Amount you owe.** Subtract line 46 from line 39. For details on how to pay, see instructions. ▶ | | 50 | |
| | 51 | Estimated tax penalty (see instructions). | 51 | | |
| **Third party designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No | | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | | |
| **Sign here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge. | | | | |
| | Your signature | Date | Your occupation SECURITY OFFICER | Daytime phone number (708) 600-5928 | |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) | |
| **Paid preparer use only** | Print/type preparer's name | Preparer's signature | Date | Check ▶ ☐ if self-employed | PTIN |
| | Firm's name ▶  Self-Prepared | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

REV 07/11/16 Intuit.cg.cfp.sp                                                                              Form **1040A** (2015)

C EF

# Form 1040 — U.S. Individual Income Tax Return (2016)

Department of the Treasury - Internal Revenue Service  
OMB No. 1545-0074

For the year Jan. 1 - Dec. 31, 2016, or other tax year beginning _____, 2016, ending _____, 20__

**Your first name and initial:** TANESHA S  
**Last name:** NIXON  
**Your social security number:** [redacted]

If a joint return, spouse's first name and initial: _____  
Last name: _____  
Spouse's social security number: _____

**Home address (number and street):** 362 CRANDON AVE APT 2  
**Apt. no.:** _____  
**City, town or post office, state, and ZIP code:** CALUMET CITY, IL 60409

Foreign country name: _____  Foreign province/state/county: _____  Foreign postal code: _____

Presidential Election Campaign — You [ ]  Spouse [ ]

## Filing Status
Check only one box.
1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [X] Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child

## Exemptions
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a ........ Boxes checked on 6a and 6b: **1**  
6b [ ] Spouse  

6c Dependents:

| (1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit |
|---|---|---|---|
| AHMAD NIXON | [redacted] | SON | [X] |

No. of children on 6c who:  
• lived with you: **1**  
• did not live with you due to divorce or separation (see instructions)  
Dependents on 6c not entered above  
Add numbers on lines above ▶ **2**

If more than four dependents, see instructions and check here ▶ [ ]

6d Total number of exemptions claimed

## Income
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 34,603 |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions ____ b Taxable amount | 15b |
| 16a | Pensions and annuities ____ b Taxable amount | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits ____ b Taxable amount | 20b |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 - 21. This is your **total income** ▶ | 34,603 |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ _____ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | NONE |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 34,603 |

MXA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  F 12/22/16  Form **1040** (2016)

Form 1040 (2016) TANESHA S NIXON    FTY10072.ACR    200 2016.08    C EF    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 34,603 |
| | 39 a | Check if: ☐ You were born before January 2, 1952, ☐ Blind. ☐ Spouse was born before January 2, 1952, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| Standard Deduction for -<br>● People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions.<br>● All others:<br>Single or Married filing separately, $6,300<br>Married filing jointly or Qualifying widow(er), $12,600<br>Head of household, $9,300 | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 9,300 |
| | 41 | Subtract line 40 from line 38 | 41 | 25,303 |
| | 42 | Exemptions. If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions. | 42 | 8,100 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 17,203 |
| | 44 | Tax (see instr). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ _____ | 44 | 1,921 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45 and 46 ▶ | 47 | 1,921 |
| | 48 | Foreign tax credit. Attach Form 1116 if required .... 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 . 49 | 750 | |
| | 50 | Education credits from Form 8863, line 19 .... 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 ... 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required ... 52 | 1,000 | |
| | 53 | Residential energy credits. Attach Form 5695 .... 53 | | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ ___ 54 | | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | 1,750 |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 171 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions)  Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ instructions; enter code(s)_____ | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 171 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 . 64 | 2,300 | |
| | 65 | 2016 estimated tax payments and amount applied from 2015 return . 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66 a | Earned income credit (EIC) .... 66a | 2,111 | |
| | b | Nontaxable combat pay election . . 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 .... 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 .... 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 .... 69 | | |
| | 70 | Amount paid with request for extension to file .... 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld .... 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 .... 72 | | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐  73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 4,411 |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 4,240 |
| | 76 a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | 4,240 |
| | ▶ b | Routing number _____ ▶ c Type: ☐ Checking ☐ Savings | | |
| Direct deposit?<br>See instructions | ▶ d | Account number _____ | | |
| | 77 | Amount of line 75 you want applied to your 2017 estimated tax ▶ 77 | | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | NONE |
| | 79 | Estimated tax penalty (see instructions) 79 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No | | | |
| | Designee's name ▶ Janet McCollum  Phone no. ▶ (708) 890-2733  Personal identification number (PIN) ▶ 22667 | | | |
| **Sign Here**<br>Joint return?<br>See instructions.<br>Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| | Your signature  Date  Your occupation DOORMAN  Daytime phone number | | | |
| | Spouse's signature. If a joint return, both must sign.  Date  Spouse's occupation  If the IRS sent you an Identity Protection PIN, Enter it here | | | |
| **Paid Preparer Use Only** | Print/Type preparer's name Tracie Batts  Preparer's signature  Date  Check ☐ if self-employed  PTIN P08509500 | | | |
| | Firm's name ▶ Jackson Hewitt Tax Service  Firm's EIN ▶ 81-3565985 | | | |
| | Firm's address ▶ 515 Burnham Avenue Calumet City IL 60409  Phone no. (708) 832-9020 | | | |

F 12/22/16    Form 1040 (2016)

# DEPOSIT TO HOLD PROPERTY

Date 20th of April, 2016

Property Address:    362 Crandon #2 - Calumet City, Il. 60409

Applicant(s) Name:    Tanesha Nixon

The above named applicant(s) has been accepted to occupy the premises listed above. A deposit of $ 1000.00 has been paid to reserve the right to take possession of the premises at the above address.

This deposit will hold the premises until 15th day of May, 2016, or sooner (hereinafter referred to as the "*Move-in date*") when applicant(s) will take possession. **If applicant(s) do not take possession for any reason by the above date, the deposit becomes NON-REFUNDABLE** (note: If the "*Move-in date*" is delayed because the Landlord is unable to give possession, the deposit will hold the premises until the earliest date the Landlord is able to give the Applicant possession.)

The applicant will also be held accountable for days the premises were held that are not covered by the deposit as well as be responsible for additional advertising costs required to re-rent the premises.

If the applicant will be executing a "Option to Purchase" or "Land Contract" for the property listed above, the deposit stated above will be fully applied toward and become part of the **initial consideration** stated in the "Option to Purchase" or "Land Contract" agreement. These documents are made a part hereof by reference. Should the applicant(s) default on the "Option to Purchase" or "Land Contract" for any reason the deposit becomes NON-REFUNDABLE.

If the applicant is strictly leasing the property, the deposit stated above will be fully applied toward and become part of the security deposit stated in the lease agreement. These documents are made a part hereof by reference.

_____    4/20/16
Applicant                                              Date

_____    _____
Applicant                                              Date

_____    4/20/16
Landlord or Agent                                 Date

**MONEY ORDER**

CHECKS CASHED • CAMBIAMOS CHEQUES
MONEY ORDERS • ALL BILLS PAID
VISA® PREPAID DEBIT CARDS

1431 OBAMA DRIVE - CALUMET PARK, IL 60827
TO VERIFY - CALL (708) 385-2931
Open 24 Hours - We Never Close
Abierto 24 Horas - Nunca Cerramos

REPUBLIC BANK
OAK BROOK, ILLINOIS

70-118/710

CC074

9074490189
6/24/2016

REMITTER: Tanesha Nixon
PAY TO THE ORDER OF: Kelly Ratcliff
$650.00
Six Hundred Fifty And 00/100 U.S. Dollars

STATE REGULATED

NOTICE TO HOLDER: DRAWEE NOT LIABLE ON STOP PAYMENT.
• NO REPLACEMENT FOR 30 DAYS FROM PURCHASE. RE-ISSUE FEE APPLIES.
• PURCHASER AGREES TO INSERT NAME OF PAYEE AND IS SOLELY RESPONSIBLE FOR FAILURE TO DO SO.
NO REFUND WITHOUT YELLOW RECEIPT

**NON-NEGOTIABLE**

---

**MONEY ORDER**

Sibley Blvd. at the Calumet Expressway Currency Exchange, Inc.
15010 Michigan City Road • Dolton, IL 60419
Phone: (708) 841-3130 • Fax: (708) 841-3152

REPUBLIC BANK
Oakbrook, Illinois
70-118/710

No. A 805241
04/20/2016

CHECKS CASHED • PHONE, GAS, LIGHT, WATER AND CABLE BILLS ACCEPTED FOR RAPID PAYMENT • NOTARY PUBLIC AUTO LICENSE SERVICE • INSURANCE • EXPERT IN LICENSE SERVICE

REMITTER:
PAY TO THE ORDER OF: Kelly Ratcliff
$1,000.00
One Thousand And 00/100 U.S. Dollars

STATE REGULATED

**NON-NEGOTIABLE**

---

**MONEY ORDER**

Sibley Blvd. at the Calumet Expressway Currency Exchange, Inc.
15010 Michigan City Road • Dolton, IL 60419
Phone: (708) 841-3130 • Fax: (708) 841-3152

REPUBLIC BANK
Oakbrook, Illinois
70-118/710

No. A 804764
04/14/2016

REMITTER:
PAY TO THE ORDER OF: Kelly Ratcliff
$30.00
Thirty And 00/100 U.S. Dollars

STATE REGULATED

**NON-NEGOTIABLE**

---



RECEIPT   No. 349608
DATE 7/8/16
FROM Tanesha Nixon
$650.00
Six hundred fifty ~ 00/100 DOLLARS
☐ FOR RENT
☒ FOR Security Deposit - Balance

# EXHIBIT B

# CERTIFICATE OF TITLE OF A VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 1G6KS54YX2U254913 | 2002 | CADILLAC | SEVILLE SLS | 4 DOOR | 16165688325 |

1G6KS54YX2U254913

| DATE ISSUED | ODOMETER | CCM | MOBILE HOME SQ. FT. | PURCHASED | TYPE TITLE |
|---|---|---|---|---|---|
| 06/13/16 | | | | 04/30/16 USED | ORIGINAL |

**MAILING ADDRESS**

TANESHA NIXON
4129 CAMBRIDGE CIR
COUNTRY CLUB HILLS IL 60478-4838

**LEGEND(S)**

MILEAGE NOT REQUIRED

**OWNER(S) NAME AND ADDRESS**
TANESHA NIXON
4129 CAMBRIDGE CIR
COUNTRY CLUB HILLS IL 60478-4838

**FIRST LIENHOLDER NAME AND ADDRESS**

**SECOND LIENHOLDER NAME AND ADDRESS**

**RELEASE OF LIEN**
The Lienholder on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
    WARNING-ODOMETER DISCREPANCY.

NO TENTHS

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair-market value unless this document is accompanied by a salvage application."

▶ ODOMETER READING
Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____        DATE OF SALE _____
I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____ Printed Name _____

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF
CONTROL NO. THE STATE OF ILLINOIS AT SPRINGFIELD



M5979886

*Jesse White*
JESSE WHITE, Secretary of State



DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

DO NOT DETACH UNTIL SOLD