UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.: 15-19413
TANESHA NIXON,  )
  )  Chapter: 13
  )  Honorable Timothy Barnes
  )
  )
Debtor(s)  )

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties:

It is hereby ORDERED that:

1) The Debtor shall be permitted to retain $5,130.00, of the $10,192.00 in tax refunds she received for tax years 2015 and 2016.

2) The Debtor's default in plan payments caused by failure to tender tax refunds is deferred to the end of the plan.

3) The default in plan payments is deferred to the end of the plan.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  June 01, 2017

**Prepared by:**

Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100